# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-01069 JAK (RZx) | Date | July 11, 2011 |
|---|---|---|---|
| Title | Frederick E Stemme v. US Telepacific Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On July 7, 2011, defendant filed "Defendant U.S. Telepacific Corp.'s Notice of Settlement" [108]. The Court sets an Order to Show Cause re Dismissal for September 8, 2011 at 8:30 a.m. If the parties file a dismissal by September 7, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Final Pretrial Conference, Status Conference re Exhibits, Jury Trial, and all motions are vacated.

**IT IS SO ORDERED.**

: 

Initials of Preparer  ak