| | |
|---|---|
| 1 | ANGEL GOMEZ, State Bar No. 74476 |
| 2 | RHEA G. MARIANO, State Bar No. 204469<br>EPSTEIN BECKER & GREEN, P.C. |
| 3 | 1925 Century Park East, Suite 500<br>Los Angeles, California 90067-2506 |
| 4 | Telephone: 310.556.8861<br>Facsimile: 310.553.2165 |
| 5 | agomez@ebglaw.com |
| 6 | Attorneys for Defendant |
| 7 | U.S. TELEPACIFIC CORP., a California corporation dba TelePacific Communications, |
| 8 | erroneously sued as U.S. TelePacific Corporation dba TelePacific Communications, |
| 9 | erroneously sued as U.S. TELEPACIFC CORPORATION dba TelePacific |
| 10 | Communications |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. STEMME,<br><br>Plaintiff,<br><br>v.<br><br>U.S. TELEPACIFIC CORPORATION DBA TelePacific Communications, and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. CV10-1069 JAK (RCx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE – JS-6**<br><br>**[F.R.C.P. 41(a)(1)(ii)]**<br><br>Assigned to Hon. John A. Kronstadt |

Upon consideration of the parties' Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety and with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each side to bear his or its own attorneys fees and costs.

DATED: October 24, 2011

_____
Hon. John A. Kronstadt